UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:05-cr-191-T-30EAJ |
| RAYMOND L. DEVRIES, | : |
| Defendant. | : |

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court on motion of the United States of America for Entry of a Forfeiture Money Judgment (Dkt. #49). For good cause shown, the United States' motion is GRANTED.

The Court, being fully advised in the premises, hereby finds that defendant Raymond L. Devries obtained funds totaling approximately $98,945.00 USD, and co-defendant Jane M. Cook obtained funds totaling approximately $18,527.06 USD, as a result of the bank fraud conspiracy, to which defendant Raymond L. Devries pled guilty as charged in Count One of the Indictment. Because these funds cannot be located, the United States is entitled to a forfeiture money judgment pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A) in the full amount of the funds the defendants obtained from the conspiracy. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion is granted.

It is FURTHER ORDERED that defendant Raymond L. Devries is jointly and severally liable to the United States of America for a forfeiture money judgment in the

amount of $117,472.06 USD pursuant to the provisions of 18 U.S.C. 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, belonging to the defendant, sought by the Government pursuant to 21 U.S.C. § 853(p) in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on December 8, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Anita M. Cream, AUSA
Attorneys of Record

S:\Odd\2005\05-cr-191.Devries Forfeiture Money Judgment.wpd